FILED
MAR 1 0 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: 2:26mj68 |
| | ) Court Date: April 1, 2026 |
| CODY M. K. VETICA, | ) |
| Defendant. | ) |

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor – Violation Notice E1547507

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CODY M. K. VETICA, did unlawfully assault, resist, oppose, impede, intimidate, or interfere with members of the uniformed services engaged in the performance of their official duties, to wit: MAC K.H., MA1 M.K., MA1 A.S., MA2 D.K., MA3 M.H., and MASN J.S.

(In violation of Title 18, United States Code, Section 111(a)(1).)

COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CODY M. K. VETICA, did willfully injure or commit a depredation against property of the United States, to wit: the front door of Building Q-80, and such damage or attempted damage to such property does not exceed the sum of $1,000.

(In violation of Title 18, United States Code, Section 1361.)

## COUNT THREE

### Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CODY M. K. VETICA, did engage in conduct having a direct tendency to cause acts of violence by the person or persons at whom, individually, such conduct was directed in a street, highway, or public building or while in a public place with the intent to cause public inconvenience, annoyance, or alarm, or recklessly created a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

## COUNT FOUR

### Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CODY M. K. VETICA, did unlawfully assault B.K.

(In violation of Title 18, United States Code, Section 113(a)(5).)

Respectfully submitted,

Todd. W. Blanche
Deputy Attorney General

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

9 March 2026
Date